# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Robert D. Beggs and Julianne C. Beggs, and Super Spray Booms, LLC,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>Bismarck Phoenix Equipment, Inc.,  )<br>)<br>Defendant.  ) | **ORDER STAYING ALL PRETRIAL DEADLINES PENDING COMPLETION OF ARBITRATION**<br><br>Case No. 1:05-cv-126 |

___

The court conducted an early settlement conference in the above-entitled action on February 6, 2006. During the conference the parties discussed deadlines for submitting a Rule 16(b) Scheduling/Discovery Plan. The court was subsequently advised that the parties have agreed on arbitration, an arbitrator, and a time frame for arbitration. All deadlines, including the deadline for submitting a proposed Scheduling/Discovery Plan and the deadline for filing a response to Defendant's counterclaim, are, therefore, stayed pending completion of arbitration. Once arbitration has been completed, the parties are directed to contact to the court. Thereafter, the undersigned will schedule a status conference.

**IT IS SO ORDERED.**

Dated this 28th day of February, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge